# EXHIBIT A

## *LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD*

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of November 6, 2018 at 1:20:50 PM:

| | |
|---|---|
| **Full Licensed Name:** | Gary Arthur Smiley |
| **Full Former name(s):** | None |
| **Date of Admission as Lawyer by Illinois Supreme Court:** | May 19, 1978 |
| **Registered Business Address:** | Gary A Smiley<br>4741 N Western Ave<br>Chicago, IL 60625-2012 |
| **Registered Business Phone:** | (773) 878-4400 |
| **Illinois Registration Status:** | Active and authorized to practice law  - Last Registered Year: 2018 |
| **Malpractice Insurance:**<br>**(Current as of date of registration;**<br>**consult attorney for further information)** | In annual registration, attorney reported that he/she has malpractice coverage. |

**Public Record of Discipline and Pending Proceedings:**      None

# EXHIBIT B

# Gary A. Smiley, Attorney

GARY A. SMILEY
Attorney at Law
4741 N. Western Ave.
Chicago, IL 60625-2012

Telephone 773-878-4400
Fax 773-878-4550

November 07, 2017

KARICE N. GOSS

     Re: Creditor: AAA CHECKMATE, L.L.C.
         Loan No.: 592-157733
         Amount due as of November 07, 2017:   $1632.92

Dear KARICE N. GOSS:

I have been retained by AAA CHECKMATE, L.L.C. to collect from you the entire balance due. As of the date of this letter, you owe $1632.92 on your Loan Account No. 592-157733. Because of interest, late charges, attorney fees, if any, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after I receive your check, in which event I will inform you before depositing the check for collection. For further information, write the undersigned or call 1-773-878-4400.

If you want to resolve this matter without a lawsuit, you must, within one week of the date of this letter, either pay AAA CHECKMATE, L.L.C. $1632.92 or call me at 1-773-878-4400 and work out arrangements for payment. If you do neither of these things, I will be entitled to file a lawsuit against you, for the collection of this debt, when the week is over.

Federal law gives you thirty days after you receive this letter to dispute the validity of the debt or any part of it. If you don't dispute it within that period, I'll assume that it's valid. If you do dispute it -- by notifying me in writing to that effect -- I will, as required by the law, obtain and mail to you proof of the debt. And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from the current creditor (AAA CHECKMATE, L.L.C.), I will furnish you with that information too.

The law does not require me to wait until the end of the thirty-day period before suing you to collect this debt. If, however, you request proof of the debt or the name and address of the original creditor within the thirty-day period that begins with your receipt of this letter, the law requires me to suspend my efforts (through litigation or otherwise) to collect the debt until I mail the requested information to you.

Very truly yours,

/s/ Gary A. Smiley, Attorney

GAS:gs
col1

This is a communication from a debt collector in an attempt to collect a debt. Any information obtained will be used for that purpose.

# EXHIBIT E

## CONSUMER LOAN AGREEMENT, PROMISSORY NOTE AND FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

Original
**LOAN NO.**
592-157733

**LENDER:** AAA CHECKMATE, L.L.C.
7647 W. 63rd St ● Summit, IL 60501

ILLINOIS ONLY

**BORROWER:** KARICE N GOSS

| Title | **CO-BORROWER** | Title |
| Address | | Address |
| City, State Zip | | City, State Zip |
| Social Security Number | | Social Security Number |

**DATE OF LOAN:** 03/31/17

In this Consumer Loan Agreement, Promissory Note and Federal Truth-In-Lending Disclosure Statement, the words "you" and "your" mean each and all who have signed it. The words "us" and "our" mean the Lender.

### FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled. |
| --- | --- | --- | --- |
| 99.00 % | $ 597.07 | $ 1500.00 | $ 2097.07 |

**PAYMENT SCHEDULE:** 17 payments of $ 117.00 due Bi-Weekly beginning 04/14/17
1 final payment of $ 108.07 due on 12/08/17

**PREPAYMENT:** If you pay off all or a portion of the obligation early, you will not have to pay a penalty. Prepayment could reduce the amount of finance charges indicated above.

See the reverse side for additional information about the method of payment, nonpayment, default and any prepayment refunds.

Itemization of Amount Financed:
a. Amount provided to you directly:     306.38
b. Amount applied to existing loan no. 592-156493:     1193.62
c. Amount paid to others on your behalf(describe):     0.00 to
    0.00 to
Amount Financed (total of a. + b. +c.)     1500.00

Payments shall be applied first to accrued interest and then to reduce your principle balance. This means that your finance charge will be less if you pay early and more if you pay late. Any necessary adjustments in your total finance charge will be reflected in your final payment. ***PROMISE TO PAY:** You promise to pay us the amount financed plus interest at the rate disclosed in the Federal Truth-In-Lending Disclosure Statement at the Annual Percentage Rate from the date this Agreement until the total Amount finance plus accrued interest is paid in full. Interest shall be computed on the basis of a 365-day year and charged for the actual number of days elapsed. ***Please note that your final payment may change depending upon your payment history. *** You agree to pay all actual attorney's fees, costs, and expenses, incurred by us in the collection and enforcement of this note.

ACCELERATION PROVISION: The unpaid balance of this Note including all accrued interest and charges and all other indebtedness and obligation of you to us shall become immediately due and payable to us at our option without notice to or demand on you if:
1.   You shall fail to pay any installment, when due, of any amount payable on this Note or in the payment or performance of any other obligation or indebtedness due to us;
2.   Your death or legal declaration of incompetency;
3.   If any proceeding shall be instituted by or against you, under any bankruptcy or insolvency statute; or if you make an assignment for benefit of creditors, or if a receiver shall be appointed for you, or your business or property;
4.   If we shall deem ourselves reasonably insecure, upon the occurrence of any of the events of default.

NOTICE: SEE ADDITIONAL TERMS ON THE REVERSE SIDE OF THIS AGREEMENT. THIS IS IMPORTANT INFORMATION ABOUT THE TERMS OF THIS AGREEMENT. By signing this Agreement you acknowledge that it was filled in before you signed and that you have received a completed copy of it. You also warrant and represent that you are not a debtor under any proceeding in bankruptcy, insolvency, or reorganization and have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code within the next 60 days. You further acknowledge that you have read, understand, and agree to all of these terms, including those on the reverse side of it.
NOTICE TO CUSTOMER
(A) DO NOT SIGN THIS BEFORE READING THE WRITING ON THE REVERSE SIDE.
(B) DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES.
(C) YOU ARE ENTITLED TO AN EXACT COPY OF ANY NOTE YOU SIGN.
(D) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS NOTE AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF FINANCE CHARGE.
(E) IN ADDITION TO AGREEING TO THE TERMS OF THIS AGREEMENT, I ACKNOWLEDGE, BY MY SIGNATURE BELOW, RECEIPT FROM AAA CHECKMATE, L.L.C. A PAMPHLET REGARDING SMALL CONSUMER LOANS.
THE FOLLOWING TOLL-FREE NUMBER OF THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION, DIVISION OF FINANCIAL INSTITUTIONS, 1-888-298-8089, IS AVAILABLE FOR THE PURPOSE OF RECEIVING CREDIT OR ASSISTANCE WITH CREDIT PROBLEMS.

X _Karice Goss_     3-31-17
BORROWER         DATE

_____     _____
CO-BORROWER        DATE        WITNESS

Page 1 of 2

Exhibit " A "

_____ of _____